IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 17 |
| | ) | |
| WAYNE STEPHEN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Wayne Stephen Williams, as a result of the Indictment returned against him on March 10, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: March 10, 2005

AND NOW, this ___10___ day of ___March___, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Wayne Stephen Williams.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge