REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
MAR 10  12 53 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05- 17 |
| | : | |
| WAYNE STEPHEN WILLIAMS | : | |
| | : | |
| Defendant. | : | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT 1

On or about March 1, 2005, in the State and District of Delaware, Wayne Stephen Williams, defendant herein, did knowingly possess with intent to distribute more than fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### COUNT 2

On or about March 1, 2005, in the State and District of Delaware, Wayne Stephen Williams, defendant herein, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 3

On or about March 1, 2005, in the State and District of Delaware, Wayne Stephen Williams, defendant herein, did knowingly possess with intent to distribute a mixture and

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

                                A TRUE BILL:

                                _____
                                Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
     Shannon Thee Hanson
     Assistant U.S. Attorney

Dated: March 10, 2005