IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE STEPHEN WILLIAMS, )<br>)<br>Defendant. ) | Criminal Action No. 05-17-KAJ |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On March 10, 2005, Wayne Stephen Williams was indicted for one count of possession with intent to distribute more than 50 grams of cocaine base and one count each of possession with intent to distribute an unspecified amount of cocaine and cocaine base, in violation of 18 U.S.C. § 841(a)(1) and (b)(1)(A) and (b)(1)(C), respectively.

2. Wayne Stephen Williams (d.o.b. XX/XX/XXXX) is currently a pretrial detainee on various State offenses. The defendant is detained at the Sussex Correctional Institution, Georgetown, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled

for Thursday, March 31, 2005 at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Sussex Correctional Institution, to bring the said defendant Wayne Stephen Williams before this Court on March 31, 2005, at 1:00 p.m. for an Initial Appearance and to remain in the custody of the U.S. Marshal's Service pending resolution of the federal charges against him.

>
> Respectfully submitted,
>
> COLM F. CONNOLLY
> United States Attorney
>
> By: _____
> Shannon Thee Hanson
> Assistant United States Attorney

Dated: March 17, 2005

**IT IS SO ORDERED** this _____ day of March, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge