## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 05-17-JJF |
| v. | § | |
| | § | |
| WAYNE STEPHEN WILLIAMS, | | |
|     Defendant. | | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE SUSSEX CORRECTIONAL INSTITUTION, GEORGETOWN, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **WAYNE STEPHEN WILLIAMS** who is now detained and imprisoned in the DELAWARE CORRECTIONAL CENTER, and who is a defendant in the above-entitled cause, in which cause the said **WAYNE STEPHEN WILLIAMS** was charged with a violation of  of 21 U.S.C. SECTION 841(a)(1) and (b)(1)(A) and (b)(1)( C ) and is scheduled for an **INITIAL APPEARANCE ON MARCH 31, 2005 AT 1:00 PM** , and to remain in the custody of the U.S. Marshal until the conclusion of the pending charges.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge  of the District Court of the United States for the District of Delaware, this 18th day of March 2005.

                                           PETER T. DALLEO, CLERK

                                           By: _____
                                                  Deputy Clerk