Filed in open court 3/31/05 (kw)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-17-KAJ |
| WAYNE STEPHEN WILLIAMS, | ) | |
| Defendant. | ) | |

FILED MAR 31 2 44 PM '05 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ✗ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    ✗ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

     ✗  Defendant's appearance as required

     ✗  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, ~~will not~~) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

     ✗  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

     ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

     ___  At first appearance

     ✗  After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

        ___  (a) on release pending trial for a felony;

        __ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        __ (c) on probation or parole for an offense.

2. __ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. __ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 31 day of March, 2005.

                COLM F. CONNOLLY
                United States Attorney

                BY: _____
                Shannon T. Hanson
                Assistant United States Attorney