⚕AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

WAYNE STEPHEN WILLIAMS

**WARRANT FOR ARREST**

Case Number:    CR 05-17-UNA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **WAYNE STEPHEN WILLIAMS**
                                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court      Violation      Probation Violation Petition

charging him or her      (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF COCAINE;
POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE;
POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE

in violation of      21      United States Code, Section(s)      841(a)(1) and (b)(1)(A)

Peter T. Dalleo
Name of Issuing Officer

By [signature], Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

3/10/2005 in Wilmington, DE
Date and Location

Bail fixed at $ _____ by _____
                                                          Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

State of DE cellblock

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>3-31-05 | Barbara Fahey<br>DUSM | Barbara Fahey |