UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 APR -4  PM 3: 41

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
                                     )   CASE NO. CR05-17-KAJ
    vs.                              )
WAYNE STEPHEN WILLIAMS               )
                                     )
                                     )
            Defendant.               )

## O R D E R

The defendant, upon entering a plea of not guilty to the

Indictment on APRIL 4, 2004    requested, through counsel,

additional time to file pretrial motions.  The Court having

considered the request,  it is **ORDERED** that the deadline for the

defendant to file pretrial motions is extended until APRIL 28, 2005

The time between the date of this order and  APRIL 28, 2005

shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et

seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge


cc: Defense Counsel
    United States Attorney