IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim. Ac. No. 05-17-KAJ |
| | : | |
| WAYNE WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO EXTENT TIME FOR THE FILING OF
DEFENDANT'S PRE-TRIAL MOTIONS**

The defendant, Wayne Williams, through his attorney, Penny Marshall, hereby moves this Honorable Court, to further extend time for the filing of pretrial motions to May 17, 2005.

1. Motions for Mr. Williams were set to be filed on April 28, 2005.

2. Counsel has been advised by Assistant United States Attorney Shannon Hanson that she will be receiving additional discovery on April 29, 2005 and will forward the information following that date.

**WHEREFORE**, Defendant Wayne Williams respectfully requests that the Court enter an Order in the form attached hereto permitting the filing as herein specified.

Respectfully submitted,

/S/
Penny Marshall, Esquire
Federal Public Defender
704 King Street. Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Defendant Wayne Williams

Dated:  April 28, 2005

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Motion to Extent Time for the Filing of Defendant's Pre-trial Motions is available for public viewing and downloading and was electronically delivered on April 28, 2005 to:

Shannon Thee Hanson
Assistant United States Attorney
The Nemours Building
1007 Orange Street
Wilmington, DE 1989-2046


        /S/
Penny Marshall, Esq.
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Defendant Wayne Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Crim. Ac. No. 05-17-KAJ |
| | : |
| WAYNE WILLIAMS, | : |
| | : |
| Defendant. | : |

## **ORDER**

The Court having considered Defendant Williams' Motion to Extend Time for the Filing of Defendant's Pre-trial Motions;

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the defendant's motions is GRANTED, and defendant's pretrial motions filed by May 17, 2005.

_____
Honorable Kent A. Jordan
U.S. District Court Judge