IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Ac. No. 05-17-KAJ |
| WAYNE WILLIAMS, | : |
| Defendant. | : |

### ORDER

The Court having considered Defendant Williams' Motion to Extend Time for the Filing of Defendant's Pre-trial Motions;

IT IS HEREBY ORDERED this 29th day of April, 2005 that the defendant's motions is GRANTED, and defendant's pretrial motions filed by May 17, 2005.

_____
Honorable Kent A. Jordan
U.S. District Court Judge