IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Ac. No. 05-17-KAJ |
| WAYNE WILLIAMS, | : |
| Defendant. | : |

**MOTION TO FURTHER EXTEND TIME FOR THE FILING OF
DEFENDANT'S PRE-TRIAL MOTIONS**

The defendant, Wayne Williams, through his attorney, Penny Marshall, hereby moves this Honorable Court, to extend time for the filing of pretrial motions to May 27, 2005.

1. Motions for Mr. Williams were set to be filed on May 17, 2005.

2. Counsel was advised by Assistant United States Attorney Shannon Hanson that she will be receiving additional discovery on April 29, 2005 however counsel received the additional discovery on May 6 and May 9, 2005. The discovery included documents, a CD and a VHS tape.

3. Counsel for the government advised that she had to compose the VHS discovery from other tapes causing the delay. Counsel then has had to share the this discovery with her client.

4. The parties are also negotiating a possible settlement of this case.

5. The government presents no objection to this motion and the parties agree that speedy trial is waived for this period of time.

**WHEREFORE**, Defendant Wayne Williams respectfully requests that the Court enter an Order in the form attached hereto permitting the filing as specified herein.

Respectfully submitted,

/s/ Penny Marshall
Penny Marshall, Esquire
Federal Public Defender
704 King Street. Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Defendant Wayne Williams

Dated:  May 19, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Motion to Extent Time for the Filing of Defendant's Pre-trial Motions is available for public viewing and downloading and was electronically delivered on May 19, 2005 to:

Shannon Thee Hanson
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801


 /s/ Penny Marshall
Penny Marshall, Esq.
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Defendant Wayne Williams