IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim. Ac. No. 05-17-KAJ |
| | : | |
| WAYNE WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having considered Defendant Williams' Motion to Extend Time for the Filing of Defendant's Pre-trial Motions;

IT IS HEREBY ORDERED this _____ day of _____, 2005 that the defendant's motion is GRANTED, and defendant's pretrial motions are to be filed by May 27, 2005.

_____
Honorable Kent A. Jordan
U.S. District Court Judge