IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Crim. Ac. No. 05-17-KAJ |
| | : | |
| WAYNE WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

### ORDER

The Court having considered Defendant Williams' Motion to Extend Time for the Filing of Defendant's Pre-trial Motions;

IT IS HEREBY ORDERED this 23rd day of May, 2005 that the defendant's motion is GRANTED, and defendant's pretrial motions are to be filed by May 27, 2005.

Honorable Kent A. Jordan
U.S. District Court Judge