IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal No. 05-17-KAJ |
| WAYNE STEPHEN WILLIAMS, | ) ) ) |
| Defendants | ) |

### ORDER

WHEREAS, Defendant Wayne Stephen Williams has filed a motion to suppress evidence;

IT IS HEREBY ORDERED this 3rd day of June, 2005, that a hearing on Defendant's motion is scheduled for June 27, 2005, at 9:30 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE