## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-17-KAJ |
| WAYNE STEPHEN WILLIAMS | : |
| Defendant. | : |

I, Shannon Hanson, Assistant United States Attorney, hereby certify that on June 24, 2005, I electronically filed the foregoing:

**GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS STATEMENTS**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> Penny Marshall, Esquire
> Federal Public Defender's Office
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE  19801

*/s/ Shannon Hanson*