*Filed In Open Court 10/9/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-17-KAJ |
| WAYNE STEPHEN WILLIAMS, | : |
| Defendant. | : |

### MOTION AND ORDER TO DISMISS

**NOW COMES** the United States and hereby moves this Honorable Court to dismiss Counts Two and Three of the Indictment in this case as against the Defendant pursuant to the Memorandum of Plea Agreement entered in this case on June 27, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: October 4, 2005

\* \* \*

**AND NOW**, this 4th day of October, 2005, upon the foregoing motion, **IT IS HEREBY ORDERED** that Counts Two and Three of the Indictment in this case are **DISMISSED** with prejudice as against the Defendant.

_____
THE HON. KENT A. JORDAN
UNITED STATES DISTRICT JUDGE