IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-17-KAJ |
| | : | |
| WAYNE STEPHEN WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Wayne Stephen Williams, defendant in the above-captioned case, through his attorney, Penny Marshall, Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Kent A. Jordan, in this action on the 7th day of October, 2005, in the United States District Court, Wilmington, Delaware.

    /s/ Penny Marshall
PENNY MARSHALL, ESQUIRE
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
302-573-6010
Email: ecf_pm@msn.com
Attorney for Defendant

DATED: October 17, 2005

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant's Notice of Appeal is available for public viewing and downloading and was electronically delivered on October 17, 2005, to:

Shannon Thee Hanson, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801

　/s/ Penny Marshall　
PENNY MARSHALL, ESQUIRE
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
Email: ecf_pm@msn.com
Attorney for Defendant

DATED: October 17, 2005