

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution - Gilmer

Post Office Box 5000
Glenville, West Virginia 26351

March 6, 2006

The Honorable Kent A. Jordan
United States District Court Judge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Re: WILLIAMS, Wayne Stephen
Reg: No.: 04957-015
Dkt: 1:05CR00017-001(KAJ)

Dear Judge Jordan:

On October 4, 2005, Wayne Stephen Williams was sentenced in your Court to serve a 151-month term of confinement for Possession With Intent to Distribute more thatn 50 grams of Cocaine Base. At the time of sentencing, you recommended Mr. Williams participate in the Bureau of Prisons' 500-Hour Residential Drug Abuse Treatment Program.

Mr. Williams is confined at the Federal Correctional Institution - Gilmer, Glenville, West Virginia, which is commensurate with his security level. Moreover, we offer a 40-Hour Drug Education Program, which Mr. Williams is required to attend. At his initial classification, he was advised of your recommendation and encouraged to take full advantage of our drug education program and associated counseling. When he is closer to his release date, we will initiate a transfer request to a facility offering the 500-Hour Residential Drug Abuse Treatment Program. This program will provide Mr. Williams a more extensive drug abuse treatment regime and aftercare guidance.

I trust this is responsive to your recommendation. Should you have further concerns regarding Mr. Williams, please do not hesitate to contact me.

Sincerely,

Joyce Francis
Warden