UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4649

UNITED STATES OF AMERICA

v.

WAYNE STEPHEN WILLIAMS,

Appellant

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 05-cr-00017)
District Judge: Honorable Kent Jordan

Submitted Under Third Circuit LAR 34.1(a)
September 13, 2006

Before: FUENTES, FISHER and McKAY,[*] *Circuit Judges*.

JUDGMENT

This cause came on to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on September 13, 2006. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered October 7, 2005, be and the same is hereby VACATED, and the matter is

---

[*]The Honorable Monroe G. McKay, United States Circuit Judge for the Tenth Circuit, sitting by designation.

REMANDED to the District Court for further proceedings. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: October 13, 2006

Certified as a true copy and issued in lieu of a formal mandate on November 6, 2006.

Teste: Marcia M. Waldron

Clerk, United States Court of Appeals for the Third Circuit