OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

|  |  |  |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4923 |

www.ca3.uscourts.gov

November 6, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 05-4649
    USA  vs. Williams
    No. 05-cr-00017

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                   Very truly yours,
                                   MARCIA M. WALDRON
                                   Clerk

                              By:  Charlene Crisden
                                   Case Manager

Enclosure

cc:
     Eleni Kousoulis, Esq.
     Shannon T. Hanson, Esq.