IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-17-KAJ |
| ) | |
| WAYNE STEPHEN WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, on November 6, 2006 the Third Circuit Court of Appeals issued a Mandate remanding Defendant, Wayne Stephen Williams for resentencing,

IT IS HEREBY ORDERED this 27th day of November, 2006, that the resentencing of Defendant is scheduled for **January 17, 2007, at 12:30 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware