UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-17-KAJ |
| | : | |
| WAYNE STEPHEN WILLIAMS, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and

enter the appearance of Edson A. Bostic, Esquire as attorney on behalf of Defendant, Wayne Stephen

Williams, in the above-captioned matter.

/s/
EDSON A. BOSTIC, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  December 4, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Wayne Stephen Williams hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on December 4, 2006, to:

Shannon Thee Hanson, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE   19801

/s/
EDSON A . BOSTIC, ESQUIRE
Acting Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  December 4, 2006