IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-17-KAJ |
| WAYNE STEPHEN WILLIAMS, | : |
| Defendant. | : |

## MOTION FOR CONTINUANCE OF SENTENCING

Defendant, Wayne Stephen Williams, by and through his undersigned counsel, Edson A. Bostic, hereby moves the Court for an Order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Williams was convicted and sentenced before the Honorable Kent A. Jordan on October 4, 2005.

On appeal, the matter was remanded for resentencing. Resentencing is currently scheduled for January 17, 2007, at 12:30 p.m.[1]

2. A central issue, which the Court must address during the resentencing hearing, is whether to grant a variance based upon the crack-cocaine disparity in the guidelines.

---

[1] In the interim, Judge Jordan has been elevated to the Circuit Court. The matter, consequently, is awaiting reassignment. As such, this Motion has been directed to this Court.

3.  In order to support the requested variance from the guidelines on that basis, the defense intends to offer the expert testimony of Harolyn Belcher, M.D. Dr. Belcher will address many of the concerns ordinarily associated with the creation of the disparity, and will opine on the usual effects resulting from the use of cocaine and crack.

4.  Due to prior personal commitment, Dr. Belcher is unavailable on January 17, 2007. As such, the defense requests a brief continuance of approximately 10 days.

5.  Counsel has informed Assistant United States Attorney, Shannon T. Hanson, who represents the government in this matter, of the instant request, and the government does not oppose the continuance. (Attorney Hanson, however, due to scheduled trials, is not available from February 14 to February 16, 2007, and March 12 to March 14, 2007.)

WHEREFORE, Defendant, Wayne Williams, respectfully requests that this Court grant Defendant's Motion for Continuance of Sentencing, and order that the matter be postponed.

Respectfully Submitted,

Edson A. Bostic, Esquire
Acting Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Williams

DATED:  January 10, 2006

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-17-KAJ |
| WAYNE STEPHEN WILLIAMS, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

The undersigned attorney for defendant hereby certifies that two (2) copies of the attached Defendant's Motion for Continuance of Sentencing were hand-delivered on January 10, 2006 to a box designated in the U.S. District Court Clerk's Office, the U.S. Attorney's Office, and the U.S. Probation office addressed to:

Shannon Thee Hanson, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE   19899-2046

Margaret Bray, USPO
United States Probation Officer
J.Allen Frear Federal Office Building
300 S. New Street, Room 2201
Dover, DE 19904

Respectfully Submitted,

Edson A. Bostic, Esquire
Acting Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Williams