IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 05-017-SLR |
| | ) | |
| WAYNE STEPHEN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 11th day of January, 2007, having considered defendant's unopposed motion for a continuance of sentencing;

IT IS ORDERED that:

1. Defendant's motion (D.I. 38) is **granted**. The sentencing of defendant scheduled for **January 17, 2007** is **cancelled** and **rescheduled** to commence on **Monday, February 26, 2007** at **4:30 p.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. Any objections to the presentence report must be communicated in writing to the Probation Office and opposing

counsel no later than 14 days from receipt of the presentence report. Such objections should **not** be filed with the court.[1]

    3.    Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
United States District Judge

---

[1] All filings and correspondence presented to the court will be docketed and available electronically, unless filed under seal. The court will not review correspondence and filings for redaction. Therefore, it is the sole responsibility of counsel and the parties to be certain that all documents comply with the rules of this court and the Judicial Conference requiring redaction of personal data identifiers and sensitive information.