IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


UNITED STATES OF AMERICA,          :
                                   :
                Plaintiff,         :
                                   :
        v.                         :        Criminal Action No. 05-17-SLR
                                   :
WAYNE STEPHEN WILLIAMS,            :
                                   :
                Defendant.         :


## <u>MOTION FOR CONTINUANCE OF SENTENCING</u>

Defendant, Wayne Stephen Williams, by and through his undersigned counsel, Edson A. Bostic, hereby moves the Court for an Order continuing the Sentencing Hearing in this case.  In support of the motion, the defense submits as follows:

1.      Mr. Williams was convicted and sentenced before the Honorable Kent A. Jordan on October 4, 2005.  On appeal, the matter was remanded for resentencing.  Resentencing is currently scheduled for February 26, 2007, at 4:30 p.m.

2.      A central issue, which the Court must address during the resentencing hearing, is whether to grant a variance based upon the crack-cocaine disparity in the guidelines.

3.       In order to support the requested variance from the guidelines on that basis, the defense intends to offer the expert testimony of Harolyn Belcher, M.D.  Dr. Belcher will address many of the concerns ordinarily associated with the creation of the disparity, and will opine on the usual effects resulting from the use of cocaine and crack.

4.      Dr. Belcher has informed counsel that she is unavailable on February 26, 2007, due to a National Institute Health Grant Review Committee meeting which she must attend. As such, the defense requests a continuance of the Sentencing Hearing.

5.       Counsel has informed Assistant United States Attorney, Shannon T. Hanson, who represents the Government in this matter, of the instant request, and the Government does not oppose this request for a continuance.

6.      It is Counsel's understanding that, given the Court's calendar, it is unlikely that this matter can be scheduled prior to April, 2007.

7.      Both Dr. Belcher and the Government have informed that they are available in the afternoon on April 3, 2007.

8.      Accordingly, Counsel respectfully asks this Court to consider rescheduling this matter to the afternoon of April 3, 2007, if to do so would be consistent with the Court's calendar.

WHEREFORE, Defendant, Wayne Williams, respectfully requests that this Court grant Defendant's Motion for Continuance of Sentencing, and order that the matter be postponed.

Respectfully Submitted,


_/s/_____
Edson A. Bostic
Acting Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Attorney for Defendant Williams

DATED:    February , 2006