IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Criminal Action No. 05-17-KAJ |
| | : |
| WAYNE STEPHEN WILLIAMS, | : |
| | : |
| Defendant. | : |

**<u>ORDER</u>**

In response to Mr. Williams' Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

_____
The Honorable Sue L. Robinson
United States District Court