IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-17-SLR |
| | : | |
| WAYNE STEPHEN WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

In response to Mr. Williams' Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this __13th__ day of __February__, 2007, that Defendant's sentencing hearing be re-scheduled for the __3d__ day of __April__, 2007 at __2:10__ a.m./p.m.

_____
The Honorable Sue L. Robinson
United States District Court