IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 05-17-SLR ) |
| WAYNE STEPHEN WILLLIAMS, | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of April, 2007,

IT IS ORDERED that the sentencing hearing previously set for **April 3, 2007** is **cancelled** and **rescheduled** to commence on **Thursday, April 12, 2007** at **10:00 a.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge