IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-17-SLR |
| | : | |
| WAYNE STEPHEN WILLIAMS, | : | |
| | : | |
| Defendant. | : | |

## **NOTICE OF APPEAL**

Notice is hereby given that Wayne Stephen Williams, defendant in the above-captioned case, through his attorney, Edson A. Bostic, Federal Public Defender, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Sue L. Robinson, in this action on the 19th day of April, 2007, in the United States District Court, Wilmington, Delaware.

/s/
EDSON A. BOSTIC
Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
302-573-6010
Email: ecf_de@msn.com
Attorney for Defendant Wayne Stephen Williams

DATED: April 30, 2007