UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-2334

UNITED STATES OF AMERICA

v.

WAYNE STEPHEN WILLIAMS,

Appellant

On Appeal from the United States District Court
for the District of Delaware
(D.C. Criminal No. 05-cr-00017)
District Judge: Hon. Sue L. Robinson

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 6, 2008

BEFORE: AMBRO, CHAGARES and  COWEN , <u>Circuit Judges</u>

JUDGMENT

    This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted on June 6, 2008.  On consideration whereof, it is now here ordered and adjudged that the judgment of the District Court entered on April 19, 2007, be and the same is hereby affirmed, but the matter is remanded

to the District Court for further proceedings consistent with this opinion.  All of the above

in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: June 17, 2008

**Certified as a true copy and issued in lieu
of a formal mandate on   07/09/2008**
**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**